Clarence A. Legg v. John Jacob Atwater· and Richard A. O'Brien, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's

filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.